Chambers Copy

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

BROOKLYN DIVISION

FILED
IN CLERK'S O
U.S DISTRI
★ FEB 23 2012
BROOKLYN OFFICE

| | | |
|---|---|---|
| UNITED STATES | * | DOCKET NO. 11cr413 (SLT) |
| v. | * | |
| ROBERT GEOGHEGAN | * | February 15th, 2012 |

## CONSENT MOTION TO MODIFY CONDITIONS OF PRE TRIAL RELEASE

1.

Mr. Geoghegan's conditions of Pre Trial release prohibit him from travelling outside of the Eastern and Southern Districts of New York and the District of Connecticut without prior approval.

2.

Mr. Geoghegan's father suffered a heart attack on February 13th, 2012 and is in a coma. His prospects for recovery are not good. Therefore, the accused would like to travel to West Palm Beach, Florida from August 17th. He plans to travel by car with his sister.

3.

Mr. Geoghegan has been in constant contact with undersigned, has appeared in court at all scheduled proceedings promptly and has complied with all requests from Pre Trial services.

4.

Therefore, I am seeking a limited modification allowing Mr. Geoghegan to travel to Florida on August 17th, 2012 to attend to his father.

5.

I have contacted the Assistant United States Attorney and they have no objection to this request being granted. Additionally, his Pre Trial Services officer is aware of this request and Agent Vasquez told me she also has no objection to this request being granted. This is a limited request and any other travel and/or modification will be applied for separately.

RESPECTFULLY SUBMITTED,
s/J. Patten Brown, III
J. PATTEN BROWN, III
Law Offices of Pat Brown
110 Wall Street, 11th Floor
New York, NY 10005

757 West Main Street
New Britain, CT 06053
(860) 223-3355
fax: (860) 827-8459
jpb@patbrownlaw.com
Ct Fed Bar No. ct27633
TN BPR No. 021970
La. Bar Roll No. 21503
NY Reg. No. 460891

The application is [X] granted. ___ denied.
SO ORDERED.

s/ SLT
_____
Sandra L. Townes, U.S.D.J.
Dated: February 23, 2012
Brooklyn, New York

2

CERTIFICATE OF SERVICE

    I hereby certify that this Motion to Amend Conditions of Pre Trial Release by J. Patten Brown, III was forwarded electronically via the Court's electronic filing system to all counsel of record this 15th day of February, 2012.

                      S/J. Patten Brown, III
                      J. Patten Brown, III
                        Attorney at Law