

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MMS/LXN
F.#2010R01079

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 23, 2012

<u>By ECF & Hand Delivery</u>

Joseph Patten Brown, III, Esq.
Law Office of Pat Brown
757 W Main
New Britain, CT 06053

    Re:  <u>United States v. Barisciano, et. al</u>
         <u>Criminal Docket No. 11-413 (SLT)</u>

Dear Mr. Brown:

    Enclosed please find documents relating to your client Robert Geoghegan containing the government's continued discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The materials include your client's statement bearing bates numbers RG-00000003, arrest related documents bearing bates numbers RG-00000004 - 00000011 and phone records bearing bates numbers PR-00000001 - 00000093.

    If you have any questions or further requests, please do not hesitate to contact us.

                           Very truly yours,

                           LORETTA E. LYNCH
                         United States Attorney
                         Eastern District of New York

            By:    /s/
                  Marisa Megur Seifan/Lan Nguyen
                  Assistant U.S. Attorneys
                  (718) 254-6008/6162

Enclosures

CC:  Clerk of Court (SLT) (w/out enclosures)